USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/27/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

VICTOR GUZMAN,

                          Plaintiff,

        -against-

UNITED STATES OF AMERICA, THE CITY OF NEW YORK, Investigator JASON ROBLES, DEA Special Agent JOSEPH MERCURIO, NYPD Sergeant "JOHN/JANE" CLANCY, DEA Special Agent MICHAEL REVERENDO, State Police Special Investigator MICHAEL BRYANT, Detective KEVIN ROY, and State Police Investigator BRUCE TAYLOR,

                          Defendants.

------------------------------------------------------------------X

**STIPULATION AND ORDER OF DISMISSAL**

11 Civ. 5834 (JPO)(FM)

        WHEREAS, plaintiff and defendant City of New York have reached a settlement agreement and now desire to resolve the remaining claims brought against the City of New York in this litigation, without further proceedings and without admitting any fault or liability;

        NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that

        1.     The claims that were or could have been brought against defendant City of New York in the above-referenced action are hereby dismissed with prejudice; and

[The rest of this page is intentionally left blank]

2. Notwithstanding the dismissal of the claims brought against the City of New York in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between plaintiff and defendant City of New York and set forth in the Stipulation of Settlement executed by plaintiff and defendant City of New York in this matter.

| | |
|---|---|
| Christopher Nyberg, Esq.<br>*Attorney for Plaintiff*<br>500 Fifth Avenue, 45th Floor<br>New York, New York 10110 | ZACHARY W. CARTER<br>Corporation Counsel of the<br>  City of New York<br>*Attorney for Defendant City of New York*<br>100 Church Street, Rm. 3-188<br>New York, New York 10007 |
| By: _____<br>Christopher Nyberg, Esq.<br>*Attorney for Plaintiff* | By: _____<br>Richard Weingarten<br>*Assistant Corporation Counsel* |
| | SO ORDERED:<br>10/27/14  _____<br>HON. J. PAUL OETKEN<br>UNITED STATES DISTRICT JUDGE |

Dated: New York, New York
       April 3, 2014